UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
SONIA SEGARRA                     :

        Plaintiff,           :         08 Civ. 2816 (WHP)(JCF)

    -against-               :         ORDER OF REFERENCE
                                              TO A MAGISTRATE JUDGE

COMMISSIONER OF SOCIAL SECURITY,  :

        Defendant.           :
------------------------------X

    The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

\_\_\_\_\_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_\_ Habeas Corpus

__X__ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

All such motions: \_\_\_\_

\* Do not check if already referred for general pretrial.

DATED:  May 19, 2008
          New York, New York        SO ORDERED:

                                                WILLIAM H. PAULEY III
                                                U.S.D.J.

*Copy mailed to:*

The Honorable James C. Francis
United States Magistrate Judge

Herbert Forsmith, Esq.
26 Broadway, 17th Floor
New York, NY 10004
*Counsel for Plaintiff*

John E. Gura, Jr., Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 1007
*Counsel for Defendant*