MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
SONIA SEGARRA,                  :
                                :
             Plaintiff,         :
                                :
        - v. -                  :
                                :   STIPULATION AND ORDER
                                :   08 Civ. 2816 (WHP)(JCF)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
             Defendant.         :
                                :
- - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 2, 2008 to and including August 1, 2008.  This extension is requested because

defendant's counsel has not yet been able to complete his review of the administrative record. No previous extension has been requested in this case.

Dated: New York, New York
       May 5, 2008

_____
HERBERT FORSMITH, ESQ.
26 Broadway, 17th Floor
New York, New York 10004
Telephone No. (212)809-1772

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

_____
James C. Francis IV
UNITED STATES MAGISTRATE JUDGE
5/29/08