*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

July 31, 2008

By Hand

Hon. James C. Francis IV
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

**MEMO ENDORSED**

  Re: <u>Sonia Segarra v. Astrue</u>
    08 Civ. 2816(WHP)(JCF)

Dear Judge Francis:

  This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of defendant's time to answer or move with respect to the complaint.

  After one adjournment was granted due to a delay in the preparation of the administrative record, the answer is now due on August 1, 2008. This Office has only recently received the complete administrative record in this case. In order to allow time to review the record, and, if necessary, to discuss it with Social Security Administration personnel, we respectfully request that defendant's time to answer or move be extended to September 30, 2008. Plaintiff's counsel has kindly consented to this request.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
        JOHN E. GURA, JR.
        Assistant United States Attorney
        Telephone: (212) 637-2712
        Fax: (212) 637-2750

cc: Herbert Forsmith, Esq.
    (By Fax)

*8/4/08*
*Application granted.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*